UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RESTAURANT.COM, INC, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVE SAVAD, an individual residing in New York<br><br>        Defendant. | No. 08 CV 2978<br><br>Honorable Judge Aspen<br>Magistrate Judge Valdez |

### SAVAD'S MOTION TO DISMISS RESTAURANT.COM'S COMPLAINT

Defendant Steve Savad ("Savad") hereby moves to dismiss the Complaint of Restaurant.com, Inc. ("RDC") in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of his motion, Savad submits the accompanying memorandum of law, and states as follows:

    1.    The complaint against Savad contained a single count for breach of an employment contract and seeks injunctive and other relief.

    2.    The complaint against Savad should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(5) because Savad was not served by the sheriff or a special process server appointed by the Court as required by the applicable rules. Therefore, service was improper and the complaint should be dismissed for insufficient service of process.

    3.    The complaint should also be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

    4.    First, RDC attached to its complaint a copy of the employment contract at issue. The plain language of the contract itself reveals that the conduct of which RDC complains does

not violate any of the terms of the contract and thus undermines RDC's claim for breach of contract.

5. Second, the specific restrictive covenant that RDC contends Savad violated is unenforceable as a matter of law and thus could not be breached by Savad.

6. For both of these reasons, RDC's complaint fails to state a claim upon which relief can be granted.

WHEREFORE, for the reasons stated above, as well as those stated in the accompanying memorandum of law, RDC's complaint should be dismissed in its entirety and with prejudice, and Savad should be awarded any further relief that the Court deems just and proper.

Dated: May 29, 2008                                                    Steve Savad

                                                                       By:   s/ Steven E. Cyranoski
                                                                             One of His Attorneys

Michael A. Stiegel
Steven E. Cyranoski
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Ave., Suite 2000
Chicago, Illinois 60606
Phone: (312) 222-0800