**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RESTAURANT.COM, INC, a Delaware corporation, | |
| Plaintiff, | No. 08 CV 2978 |
| v. | Honorable Judge Aspen<br>Magistrate Judge Valdez |
| STEVE SAVAD, an individual residing in New York | |
| Defendant. | |

## NOTICE OF MOTION

TO:    Martin B. Carroll
       Travis B. Wolfinger
       Fox, Hefter, Swibel, Levin & Carroll, LLP
       200 West Madison Street, Suite 3000
       Chicago, Illinois 60606

PLEASE BE ADVISED that on June 5, 2008, at 10:30 a.m., the undersigned shall appear

before the Honorable Judge Marvin E. Aspen in Room 2568, 219 South Dearborn, Chicago,

Illinois, and then and there present the attached Motion to Dismiss Restaurant.com's Complaint,

a copy of which is hereby served on you.


                                    /s/ Steven E. Cyranoski
_____

Michael A. Stiegel (#2735830)
mastiegel@michaelbest.com
Steven E. Cyranoski (#6210247)
secyranoski@michaelbest.com
Michael Best & Friedrich LLP
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Telephone:  312.222.0800
Facsimile:  312.222.0818

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing Notice of Motion and Savad's Motion to Dismiss Restaurant.com's Complaint was served upon the following counsel via the Court's CM/ECF system on the 29th day of May 2008, before the hour of 5:00 p.m.:

<u>Attorney for Plaintiff</u>

Martin B. Carroll
mcarroll@fhslc.com
Travis B. Wolfinger
twolfinger@fhslc.com
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606


/s/ Steven E. Cyranoski