UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Restaurant.com, Inc.
        Plaintiff,

v.              Case No.: 1:08−cv−02978
              Honorable Marvin E. Aspen

Steve Savad
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

   MINUTE entry before the Honorable Marvin E. Aspen dated 7/28/08:The ruling date set for 7/31/08, regarding motion to dismiss [7] is reset to 8/21/2008 at 10:30 AM. dicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.